UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UBIQUITOUS CONNECTIVITY, LP,
Plaintiff,

v.

CITY OF SAN ANTONIO
Defendant.

CASE NO.: 5:18-cv-00718-XR

AFFIDAVIT OF SERVICE

### Affidavit of Service

I, Richard D. Ramos, being duly sworn, depose and say as follows:

"I am a competent person more than 18 years of age and not a party to this action. I received the documents stated below on July 13, 2018 instructing for the same to be delivered upon **City of San Antonio** by making service upon **City Clerk, Leticia M. Vacek.**

That I delivered to: City Clerk, Leticia M. Vacek - Personally

At this address: 100 Military Plaza 2nd Floor

The following: Summons (Court Document #4); Plaintiff's Original Complaint for Patent Infringement and Jury Demand (Court Document #1); Civil Cover Sheet (Court Document #1-1); Exhibits to Complaint (Court Document #1-2).

Manner of Delivery: By personally delivering the documents to the person above.

Date and Time: July 16, 2018 at 11:30 a.m.

"I solemnly affirm under the penalties of perjury that the contents of this affidavit are true to the best of my knowledge, information, and belief." Further affiant sayeth naught.

Richard D. Ramos   7/16/18
Affiant                                Date
Texas Supreme Court authorization # PSC # 2051
Exp. 4-30-2020

SWORN TO and SUBSCRIBED before me this 17th day of July, 2018.

Notary Public in and for the State of Texas

EMILY OYERVIDES
Notary Public, State of Texas
Comm. Expires 11-24-2019
Notary ID 130451296

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

UBIQUITOUS CONNECTIVITY, LP,
*Plaintiff*

V.  Civil Action No. **5:18−CV−00718−XR**

CITY OF SAN ANTONIO,
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO: City of San Antonio
City Clerk
Leticia M. Vacek
719 S. Santa Rosa
San Antonio, TX 78204

ACCEPTED BY [signature]
7/16 2018 @ 11:30 AM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Alexander Wyatt Wright**
Wayne Wright LLP
5707 W. Interstate 10
San Antonio, TX 78201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
CLERK OF COURT

**s/MONICA GRANADOS−RAMOS**
DEPUTY CLERK



ISSUED ON 2018−07−13 09:04:02