# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

UBIQUITOUS CONNECTIVITY, LP,

vs.                                          Case No.:  5:18-cv-00718

CITY OF SAN ANTONIO by and through its a

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

    Comes now James F. McDonough , applicant herein, and moves this Court to grant admission to the United States District Court for the Western  District of Texas pro hac vice to represent Ubiquitous Connectivity, LP. in this case, and would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of) Heninger Garrsion Davis, LLC with offices at:

    Mailing address: 3621 Vinings Slope, Suite 4320

    City, State, Zip Code: Atlanta, GA, 30339

    Telephone: 404-996-0869          Facsimile: 205-380-8076

2.    Since September 7, 2008 , Applicant has been and presently is a member of and in good standing with the Bar of the State of Georgia . Applicant's bar license number is 117088 .

3.    Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| Northern District of GA USDC | 12-8-2008 |
| Eastern District of Texas USDC | 3-23-2010 |
| US court of Appeals for Federal Circu | 9-5-2013 |

4.    Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.    I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8.    Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.    Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:   (Alexander) Wyatt Wright

Mailing address:   5707 W. Interstate 10

City, State, Zip Code:   San Antonio, Texas 78201

Telephone:   (210) 734-7077

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of James F. McDonough to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

James F. McDonough
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of record and the original upon the Clerk of Court on this the __23__ day of __July__, __2018__.

James F. McDonough
[printed name of Applicant]

[signature of Applicant]

**Continuance to Question # 3**

| Court: | Admission date: |
|---|---|
| USDC Colorado | 02/04/2014 |
| Georgia Court of Appeals | 03/14/2016 |
| Georgia Supreme Court | 04/21/2014 |
| USDC Eastern District of Missouri | 01/13/2016 |
| US Court of Appeals 11th Circuit | 06/22/2017 |