**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UBIQUITOUS CONNECTIVITY, LP,**<br>     **Plaintiff,**<br><br>**v.**<br><br>**CITY OF SAN ANTONIO, by and through its**<br>**agent, CITY PUBLIC SERVICE BOARD OF**<br>**SAN ANTONIO, d/b/a CPS ENERGY,**<br>     **Defendant.** | **CASE NO. 5:18-cv-00718**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF COUNSEL**

To: The clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant City of San Antonio, by and through its agent, City Public Service Board of San Antonio, d/b/a/ CPS Energy.

My contact information is:

Brady Cox
Alston & Bird LLP
2828 North Harwood Street, Suite 1800
Dallas, Texas 75208
brady.cox@alston.com
Phone: 214.922.3443
Fax: 214.922.3843

1

Dated: September 20, 2018

Respectfully submitted,

By: */s/ Brady Cox*
  Brady Cox
  Texas Bar No. 24074084
  Alston & Bird LLP
  2828 North Harwood Street, Suite 1800
  Dallas, Texas 75208
  *brady.cox@alston.com*
  Phone: 214.922.3443
  Fax: 214.922.3843
  **COUNSEL FOR DEFENDANT**
  **CITY OF SAN ANTONIO, by and through**
  **its agent, CITY PUBLIC SERVICE BOARD**
  **OF SAN ANTONIO, d/b/a CPS ENERGY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 20, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Brady Cox*
Brady Cox