# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UBIQUITOUS CONNECTIVITY, LP,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF SAN ANTONIO, by and through its agent, CITY PUBLIC SERVICE BOARD OF SAN ANTONIO, d/b/a CPS ENERGY,<br><br>  Defendant. | CIVIL ACTION NO. 5:18-cv-00718-XR<br><br>**JURY TRIAL DEMANDED** |

*[Proposed]*
## ORDER GRANTING
## PLAINTIFF'S OPPOSED CROSS-MOTION FOR LEAVE TO AMEND ITS COMPLAINT

Plaintiff UBIQUITOUS CONNECTIVITY, LP (hereinafter, "Ubiquitous") has moved for leave to file an Amended Complaint pursuant to Fed. R. Civ. Proc 15(a)(2) (Dkt. No. __). For good cause shown, said Motion is GRANTED. The Clerk shall file Ubiquitous' proposed Amended Complaint, which was attached as Exhibit I to its Motion (Dkt. No. ___), as the First Amended Complaint.

SO ORDERED,