UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **UBIQUITOUS CONNECTIVITY, LP,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CITY OF SAN ANTONIO, by and through its agent, CITY PUBLIC SERVICE BOARD OF SAN ANTONIO, d/b/a CPS ENERGY,**<br><br>**Defendant.** | **CASE NO. 5:18-cv-00718**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER DENYING PLAINTIFF'S
CROSS-MOTION FOR LEAVE TO AMEND ITS COMPLAINT**

The Court, having reviewed Plaintiff's Cross-Motion for Leave to Amend its Complaint ("Motion"), along with CPS Energy's Opposition to the Motion, is of the opinion that the Motion should be DENIED. Accordingly, Plaintiff's Motion to Amend its Complaint is hereby DENIED.

SO ORDERED.