**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **UBIQUITOUS CONNECTIVITY, LP,**<br>       **Plaintiff,**<br><br>**v.**<br><br>**CITY OF SAN ANTONIO, by and through its**<br>**agent, CITY PUBLIC SERVICE BOARD OF**<br>**SAN ANTONIO, d/b/a CPS ENERGY,**<br>       **Defendant.** | **CASE NO. 5:18-cv-718**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY AND
NOTICE OF INTER PARTES REVIEW**

**I.      Notice of Supplemental Authority in Further Support of CPS Energy's Rule
12(b)(6) Motion to Dismiss for Failure to State a Claim**

After briefing was complete for Defendant CPS Energy's[1] Rule 12(b)(6) Motion to

Dismiss for Failure to State a Claim and Memorandum of Law in Support Thereof (Dkt. 17,

"Dismissal Motion"),[2] and for Plaintiff Ubiquitous Connectivity, LP's ("Ubiquitous") Motion for

Leave to Amend Its Complaint (Dkt. 32, "Motion to Amend"),[3] the Federal Circuit issued its

opinion in *Chargepoint, Inc. v. SemaConnect, Inc.*,[4] in which the Federal Circuit affirmed the

district court's determination that the claims of the asserted patents are ineligible under 35

U.S.C. § 101.  Attached as **Exhibit A** please find a copy of the *Chargepoint* slip opinion of the

---

[1] Defendant CPS Energy is formally named in this lawsuit as the City of San Antonio, by and
through its agent, City Public Service Board of San Antonio.
[2] Ubiquitous filed its Opposition to the Dismissal Motion on November 5, 2018 (Dkt. 26); and
CPS Energy filed its Reply in support on November 26, 2019 (Dkt. 30).
[3] Ubiquitous filed its Motion to Amend on December 10, 2018 (Dkt. 32); and CPS Energy filed
its Opposition on December 17, 2018 (Dkt. 33); and Ubiquitous filed its Reply in support on
December 26, 2019 (Dkt. 36).
[4] Appeal No. 2018-1739.

Court of Appeals.[5]  Similar concepts were also addressed by the Federal Circuit in *Solutran, Inc. v. Elavon, Inc.*[6], in which the Federal Circuit reversed the district court's denial of a motion for summary judgment of invalidity under § 101. Attached as **Exhibit C** please find a copy of the *Solutran* slip opinion. These opinions provide additional support for CPS Energy's Dismissal Motion under Section 101.

## II.     Notice of Inter Partes Review

On July 15, 2019, Resideo Technologies, Inc., filed petitions for *inter partes* review, challenging the validity of all the claims of U.S. Patent Nos. 8,064,935 and 9,602,655, the patents asserted in the present litigation.  Attached as **Exhibits D** and **E** please find copies of IPR2019-1335 and IPR2019-01336.  The petitions identify Defendant City of San Antonio by and through its agent, City Public Service Board of San Antonio d/b/a CPS Energy, as a real party in interest.  On July 29, 2019, the Patent Trial & Appeal Board accorded the petitions a filing date and confirmed the deadline for the Patent Owner's preliminary response, October 29, 2019.  The PTAB will issue its decision whether to institute the petitions on or before January 31, 2020.

---

[5] Also, in *Cellspin Soft, Inc. v. Fitbit, Inc.* (Appeal Nos. 2018-1817, 2018-1819, 2018-1820, 2018-1821, 2018-1822, 2018-1822, 2018-1823, 2018-1824, 2018-1825, 2018-1826), the Federal Circuit confirmed that allegations about inventiveness that are divorced from the claims or the specification do not defeat a motion to dismiss (Slip opinion at 20). Attached as **Exhibit B** please find a copy of the *Cellspin* slip opinion.

[6] Appeal Nos. 2019-1345, 2019-1460.

Dated: August 6, 2019

Respectfully submitted,

By: */s/ Brady Cox*

**FISH & RICHARDSON P.C.**
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
Ricardo J. Bonilla
Texas Bar No. 24082704
rbonilla@fr.com
Rodeen Talebi
Texas Bar No. 24103958
talebi@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 – Telephone
(214) 747-2091 – Facsimile

**ALSTON & BIRD LLP**
S. Benjamin Pleune (NC Bar No. 28748) (*pro
hac vice*)
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Email: ben.pleune@alston.com

Brady R. Cox (Tex. Bar No. 24074084)
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: brady.cox@alston.com

**Counsel for Defendant
CITY OF SAN ANTONIO, by and through
its agent, CITY PUBLIC SERVICE BOARD
OF SAN ANTONIO, d/b/a CPS ENERGY**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of August 2019, I caused the foregoing

document to be electronically filed with the Clerk of Court using the CM/ECF system, which

caused it to be served on counsel who have appeared in this matter by electronic mail.

*/s/ Brady Cox*
Brady Cox