## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UBIQUITOUS CONNECTIVITY, LP, *Plaintiff* | § § § § | |
| -vs- | § § | SA-18-CV-00718-XR |
| CITY OF SAN ANTONIO, BY AND THROUGH ITS AGENT, CITY PUBLIC SERVICE BOARD OF SAN ANTONIO, *Defendant* | § § § § | SA-20-CV-00815-XR |

### ORDER

On this date, the Court considered the status of these related cases. Both cases are currently stayed as a result of certain *inter partes* review ("IPR") proceedings filed by Resideo Technologies, Inc. ("Resideo") and Central Security Group–Nationwide, Inc. ("CSG") with the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office ("USPTO").

In a joint status report filed in both cases on March 12, 2021, the that parties indicated that, although the Resideo and CSG proceedings had been resolved, Plaintiff intended to appeal the PTAB's decisions in those cases and Defendant intended to file a separate petition for IPR before the PTAB. *See* No. SA-18-CV-718-XR, ECF No. 48; No. SA-20-CV-815-XR, ECF No. 22. Accordingly, the parties asked that the case remained stayed and represented that they would provide an additional status update to the Court by May 1, 2021. *See id.* No such status update has been submitted.

It is therefore **ORDERED** that the parties shall file a joint advisory to the Court concerning the status of this case **no later than November 18, 2021**. If no settlement papers or advisory are filed, the Court will consider the matter resolved and the case permanently closed.

It is so **ORDERED**.

**SIGNED** this 18th day of October, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE