IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UBIQUITOUS CONNECTIVITY, LP, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | SA-18-CV-00718-XR |
| | § | |
| CITY OF SAN ANTONIO, CITY SERVICE BOARD OF SAN ANTONIO, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER SETTING HEARING

This case is set for a hearing on the Motion to Withdraw as Attorney for Plaintiff on **Thursday, April 14, 2022** at **10:30 a.m.** The Courtroom Deputy, Sylvia Fernandez, will inform the parties of the means by which the status conference will be conducted. Plaintiff's counsel is **DIRECTED** to inform Plaintiff of the date and time of this hearing, so that Plaintiff may attend. The Clerk's Office is **DIRECTED** to mail a copy of this order to Charles Shamoon, President Ubiquitous Connectivity LP, 2436 Tisbury Way, Little Elm, Texas, 75068. The Clerk's Office is **FURTHER DIRECTED** to email a copy of this order to Charles Shamoon at cshamoon777@gmail.com.

It is so **ORDERED**.

**SIGNED** April 4, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE