IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UBIQUITOUS CONNECTIVITY, LP, *Plaintiff*, | § § § § § § § § § | SA-18-CV-00718-XR |
| v. | | |
| CITY OF SAN ANTONIO, CITY SERVICE BOARD OF SAN ANTONIO, *Defendants*. | | |

**ORDER**

On this date, the Court considered the Motion to Withdraw as Attorney for Plaintiff. ECF No. 51. Therein, attorneys Jonathan L. Hardt,[1] James F. McDonough III, Jonathan Miller, Travis Lynch, and Alexander Wyatt Wright ("counsel") seek to withdraw as Plaintiff's counsel. *Id.* Initially, counsel indicated that Plaintiff opposed the motion. *Id.* at 2. The Court, therefore, set a hearing for April 14, 2022. ECF No. 52. On April 13, 2022, counsel filed a notice, advising the Court that Plaintiff no longer opposes the motion. ECF No. 54.

Accordingly, the Motion to Withdraw as Attorney (ECF No. 51) is hereby **GRANTED**. Attorneys Jonathan L. Hardt, James F. McDonough III, Jonathan Miller, Travis Lynch, and Alexander Wyatt Wright are withdrawn as Plaintiff's counsel. The Court **VACATES** the hearing set for April 14, 2022. No later than **June 13, 2022**, Plaintiff must secure counsel, who must enter an appearance in this action, or request an extension to do so. *See Stark v. Kohrs*, No. 1:19-CV-041-LY, 2020 WL 734480, at *1 (W.D. Tex. Feb. 12, 2020) (citing *Southwest Express Co. v. Interstate Com. Comm'n*, 670 F.2d 53, 54–56 (5th Cir. 1982)) ("Although an individual has the right to proceed pro se, business entities such as limited liability companies—as fictional legal

---

[1] Jonathan L. Hardt filed a notice of attorney appearance on April 13, 2022, *see* ECF No. 28, simply, it appears, to file the notice at issue, *see* ECF No. 29. The Court, therefore, construes the pending Motion to Withdraw as Attorney as requesting leave to also withdraw Mr. Hardt as counsel for Plaintiff.

persons—have no such right, and must be represented by licensed counsel."). The Clerk's Office is **DIRECTED** to mail a copy of this order to Charles Shamoon, President, Ubiquitous Connectivity LP, 2436 Tisbury Way, Little Elm, Texas, 75068. The Clerk's Office is **FURTHER DIRECTED** to email a copy of this order to Charles Shamoon at cshamoon777@gmail.com.

It is so **ORDERED**.

**SIGNED** this April 13, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE