

FILED

AUG - 9 2022

U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE | § | Case No. 5:18-cv-00718-XR |
| | § | |
| **Ubiquitous Connectivity LP** | § | |
| Plaintiff | § | **MOTION FOR SUBSTITUTION** |
| | § | |
| v. | § | |
| | § | |
| City of San Antonio, By and Through | | |
| Its Agent, City Public Service Board | | |
| Of San Antonio | § | |
| Defendant | § | |

### MOTION TO SUBSTITUTE PARTIES

COMES **NOW,** Charles Shamoon, a party of interest in above-named case pursuant to the Federal Rules of Civil Procedure, files this Motion to Substitute as follows:

I.

The Plaintiff assigned and/or transferred all interests of the subject matter to Charles Shamoon on or about July 19, 2022. Pursuant to Fed. Civ. P. 25, the action may continue if the interest of one party is transferred.

II.

The Plaintiff is no longer an interested party in this matter and due to the assignment of rights by Plaintiff, Charles Shamoon is now an interested party in this matter. Charles Shamoon hereby requests the Court to order that the transferee (Charles Shamoon), be substituted in the action or joined with the original Plaintiff.

### III.

WHEREFORE, the Movant is requesting the Court join the parties Charles Shamoon and Ubiquitous Connectivity LP as joint Plaintiff's or substitute Charles Shamoon as the interested Plaintiff.

Respectfully Submitted by,

Charles Shamoon, *pro se*
3472 W. Cork Lane
Fayetteville, AR 72704
(214) 491-7247
cshamoon777@gmail.com

### CERTIFICATE OF CONFERENCE

On _____, I conferred with _____, attorney for Plaintiffs, but was unable to come to a proper resolution.  I hereby agree that the Plaintiff reserves judgment on this motion until it can be examined.

Charles Shamoon, *pro se*
3472 W. Cork Lane
Fayetteville, AR 72704
(214) 491-7247
cshamoon777@gmail.com