UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

FILED

AUG - 9 2022

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UBIQUITOUS CONNECTIVITY, LP,

Plaintiff

v.   5:18-CV-00718-XR

Civil/Criminal Action No.

City of San Antonio, By And

Through Its Agent, City Public Service Board

Of San Antonio

Defendant

### Ubiquitous Connectivity LP No Longer the Plaintiff

Ubiquitous Connectivity LP is aware and consents to the Assignment of Rights enclosed to Charles Shamoon personally. The Assignment of Rights includes the following:

*"ASSIGNOR conveys to ASSIGNEE the right to claim all legally recognized forms of damages, including enhancement for willfulness, and relief under equity for infringement of any of the patents that arose from the above-identified applications, including damages that relate to infringement occurring before the effective date of this assignment."*

*"ASSIGNOR conveys to ASSIGNEE the right to step into the shoes of ASSIGNOR and maintain any now pending legal action with respect to any of the patents that arose from the above-identified applications and to settle or dismiss such legal action with the same rights and authority as held by ASSIGNOR before the execution of this assignment."*

As such Ubiquitous Connectivity is no longer the plaintiff in **# 5:18-cv-00718-XR**

Ubiquitous Connectivity LP has received the payment recited in the Assignment of Rights.

**Ubiquitous Connectivity LP,** by

Date: 7/21/2022

**Charles Shamoon**

**Address:** 3472 W. Cork Ln.

Fayetteville AR. 72704

Phone:  214-491-7247

EMAIL:  cshamoon777@gmail.com