## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UBIQUITOUS CONNECTIVITY, LP, | § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | SA-18-CV-00718-XR |
| CITY OF SAN ANTONIO, CITY SERVICE BOARD OF SAN ANTONIO, | | |
| *Defendants*. | | |

## ORDER SETTING HEARING

On this date, the Court considered a Motion for Setting and Request for Expedited Hearing (ECF No. 61) filed by Charles Shamoon. The Court **GRANTS** the motion. This case is set for a hearing on the Motion to Substitute Parties (ECF No. 60) filed by Charles Shamoon on **Wednesday, August 24, 2022** at **10:30 a.m**. The Courtroom Deputy will inform the parties of the means by which the hearing shall be conducted. The parties should be prepared to discuss all pending motions, including who owns and/or maintains an interest in Plaintiff Ubiquitous Connectivity, LP. The Clerk's Office is **DIRECTED** to send a copy of this order by mail to Charles Shamoon, 3472 W. Cork Lane, Fayetteville, AR 72704 and by email to cshamoon777@gmail.com.

It is so **ORDERED**.

**SIGNED** August 15, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE