FILED
SEP 2 6 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE § | |
| § | |
| **Charles Shamoon** § | |
| § | |
| **Plaintiff** § | **CASE NO. SA-18-CV-00718** |
| v. § | |
| § | |
| **City of San Antonio** § | |
| § | |
| **Defendant** § | |

## MOTION TO LIFT STAY AND ENTER SCHEDULING ORDER

I, Charles Shamoon, plaintiff in the above action motions the Court to lift the stay in this action based on events that have occurred since the parties' HEARING on August 24, 2022. *See, e.g.*, Case No. 5:18-cv-00718.

As Plaintiff in the above action, I will be asserting claim 12 only of the 935 patent and claims 2, 9, 11 of the 655 patent against the defendants.

I, Charles Shamoon plaintiff, am informing the court that patents 8,064,935, 9,602,655 & patent 10,344,999 have been asserted against the defendants in the above action.

In this motion, plaintiff is withdrawing the 935 patent from the lawsuit with the exception of claim 12 upheld at the PTAB. Claims 20 & 22 of the 935 are on appeal. Plaintiff <u>will not assert</u> those claims against the defendants at any time now or ever should those claims be upheld on appeal. Plaintiff is also withdrawing patent 10344999 from the lawsuit in its entirety. Plaintiff disclaimed all of the 999 claims at the PTAB. Also, in this motion, plaintiff will be asserting claims 2, 9 & 11 of the 9,602,655 patent against the defendants in this action. Claims 2, 9, & 11 of the 655 patent were upheld at the PTAB.

In sum, plaintiff withdraws patent 8,064,935 except for claim 12. Claims 20 & 22 of the 935 that are on appeal will never be asserted at any time against the defendant in this action or any future action. Plaintiff will assert claim 12 of the 935 patent against the defendants in this action. Also, plaintiff withdraws patent 10,344,999 in its entirety and will assert claims 2, 9 & 11 of the 9,602,655 patent.

I would like to inform the court that patent 8,064,935 & patent 9,602,655 were filed in the initial lawsuit *See ,e.g., Case No. 5:20-cv-00815.*

Overall, the claims being asserted in this motion, were all confirmed by the Patent Trial & Appeal Board so there is no reason not to lift the stay.

After meeting and conferring, the defendants will not agree to join in on this motion. The stay that was put in place in these cases can be lifted. Accordingly, the plaintiff respectfully request that the Court lift the stay and enter the Proposed Scheduling Order enclosed with this Motion.

Respectfully Submitted by,

Charles Shamoon, *pro se*
3472 W. Cork Lane
Fayetteville, AR 72704
(214) 491-7247
cshamoon777@gmail.com

1

## CERTIFICATE OF SERVICE

I certify that a true copy of this document was served in accordance with Federal Rules of Civil Procedure on the following on September 23, 2022.

Brady Randall Cox

Alston & Bird, LLP - Dallas

2200 Ross Avenue, Suite 2300

Dallas, TX 75201

Brady.cox@alston.com


David Brandon Conrad

Fish & Richardson PC

1717 Main St., Suite 5000

Dallas, TX 75201

conrad@fr.com


Neil J. McNabnay

Fish & Richardson, PC

1717 Main Street, Suite 50000

Dallas, TX 75201

mcnabnay@fr.com


Ricardo Joel Bonilla

Fish & Richardson P.C.

1717 Main Street, Suite 5000

Dallas, TX 75201

rbonilla@fr.com

1

Rodeen Talebi

Fish & Richardson P.C.

1717 Main Street, Suite 5000

Dallas, TX 75201

talebi@fr.com


Scott Benjamin Pleune

Alston & Bird LLP

101 S. Tryon Street, Suite 4000

Charlotte, NC 28280-4000

Ben.pleune@alston.com

_____

Charles Shamoon

1