**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DIVISION**

| | |
|---|---|
| **UNIQUITOUS CONNECTIVITY, LP, CHARLES SHAMOON,** § § § | |
| *Plaintiffs* § | **SA-18-CV-00718-XR** |
| § | |
| -vs- § § | |
| **CITY OF SAN ANTONIO, CITY SERVICE BOARD OF SAN ANTONIO,** § § | |
| *Defendants* | |

**ORDER SETTING STATUS CONFERENCE**
**AND HEARING ON ALL PENDING MOTIONS**

On this day the Court considered the status of this case. This case is set for a status conference and hearing on all pending motions, if any, on **Thursday, December 15, 2022** at **10:30 A.M.** in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. In the event both parties *jointly* agree to holding this hearing virtually, they should reach out to the Courtroom Deputy to coordinate holding the hearing by Zoom. The parties should be prepared to discuss all pending motions.

It is so **ORDERED**.

**SIGNED** November 30, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE